

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2022

No. 04-21-00436-CV

**IN RE THOMAS TERAN AND RUIZ AND SONS, INC.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI02455
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On February 25, 2022, relators filed a "Motion for Emergency Temporary Stay of Depositions Beginning March 8, 2022 and Trial Set April 8, 2022." After consideration, relators' motion is GRANTED. We ORDER the depositions of the following witnesses stayed until further order of this court:

- Dr. Janya M. Mercado (deposition currently scheduled for March 8, 2022 at 2:00 P.M.);
- Dr. Michael Leonard (currently scheduled for April 1, 2022 at 11:00 A.M.);
- Haskel Hoine, Ph.D. (currently scheduled for April 6, 2022 at 11:00 A.M.);
- Eric J. Brahin, M.D., M.S.E. (currently scheduled for April 8, 2022 at 8:30 A.M.).

We further ORDER the trial in this cause, currently set for April 8, 2022, stayed until further order of this court. The real party in interest and the plaintiff in the underlying cause may file a response to relators' motion **by March 14, 2022**.

FILE COPY

It is so **ORDERED** March 4, 2022.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

